# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                              4:20-CR-00288-DPM

RENEA GODDARD                                                         DEFENDANT

## MOTION TO MODIFY CONDITIONS OF RELEASE

1. Ms. Goddard was indicted on February 3, 2020 (ECF No. 56) and was arraigned on February 25, 2021.

2. On December 17, 2020, Ms. Goddard was released on conditions, to include but not be limited to no contact with co-defendants.

3. Prior to indictment Ms. Goddard and Emily Nowlin were involved in a romantic relationship.

4. Since that time, the two have become engaged to be married.

5. Ms. Goddard respectfully requests that her conditions of release be modified to allow for the no contact with co-defendants, specifically as it relates to Ms. Nowlin, condition be removed.

6. Counsel has spoken to Assistant United States Attorney, Stacy Williams, and there is no objection to this request.

WHEREFORE, Ms. Goddard prays her motion be granted and for any all other proper relief to which she may be entitled.

       Respectfully submitted,

       RENEA GODDARD

By: Dominique King ABN 2015178
   Attorney for Defendant
   King & Forrest Law Group, LLP
   124 W. Capitol Ave., Ste. 724
   Little Rock, AR 72201
   (501) 918-9049
   dominique@kingforrestlaw.com

## CERTIFICATE OF SERVICE

I, hereby certify that on November 16, 2021, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Eastern District of Arkansas by using the CM/ECF system. Participants in the case who are registeredCM/ECF users will be served by the CM/ECF system.

       Dominique King

2