UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR00288-DPM-05 |
| | ) | |
| V. | ) | 18 U.S.C. § 371 |
| | ) | |
| RENEA GODDARD | ) | |

**SUPERSEDING INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**

On or about August 28, 2020, in the Eastern District of Arkansas, the defendant,

RENEA GODDARD,

conspired with other persons to knowingly possess one or more firearms, as that term is defined in Title 26, United States Code, Section 5845(a), that is: a destructive device, commonly known as a Molotov cocktail, not registered to the defendant or any coconspirators in the National Firearms Registration and Transfer Record. In the furtherance of the conspiracy, on or about August 28, 2020, RENEA GODDARD and coconspirators went to Arkansas State Police Headquarters, cut through a chain-link security fence, went onto the property, vandalized patrol cars, and eventually threw the Molotov cocktail into a patrol vehicle, destroying the patrol vehicle completely.

All in violation of Title 18, United States Code, Section 371.

Respectfully Submitted,

JONATHAN D. ROSS
United States Attorney

Stacy R. Williams
Arkansas Bar Number 2011081
Assistant United States Attorney
Post Office Box 1229
Little Rock, AR 72203
(501) 340-2600
Stacy.Williams@usdoj.gov