# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 4:20CR00288-05-DPM |
| | ) | |
| **RENEA GODDARD** | ) | |

## MOTION FOR AN ORDER TO DEPOSIT FUNDS

The United States, by and through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Stacey E. McCord, Assistant U.S. Attorney for said district respectfully moves for an order directing the Clerk of Court to accept and hold funds in the Court Treasury Registry until a judgment of conviction and restitution order have been entered. The United States asserts the following in support of this Motion.

1. The Defendant has pleaded guilty to conspiracy to possess an unregistered firearm: that is a destructive device, commonly known as a Molotov cocktail, in violation of 26 U.S.C. § 5861(d). (Doc. # 241). She has agreed that restitution is mandatory. (Doc. # 241, pp. 8-9). The United States believes that the amount of restitution will total $34,356.31, $10,000 to Arkansas State Police and $24,356.31 to the National Union Fire Insurance Company. The sentencing hearing has not yet been held, and no criminal judgment has been entered.

2. The Defendant has requested to make payments toward her restitution before sentencing, and the United States requests that the Clerk's Office accept the payments and place them in the Court Treasury Registry.

**WHEREFORE**, the United States requests that the Court grant its Motion and enter an Order directing the Clerk of Court to accept payments from the Defendant and hold the funds in the Court Treasury Registry until a criminal judgment is entered.

        Respectfully submitted,

        Jonathan D. Ross
        United States Attorney

By:   Stacey E. McCord
       Assistant U.S. Attorney
       AR Bar Number 87114
       P.O. Box 1229
       Little Rock, AR 72203
       (501) 340-2630
       Stacey.McCord@usdoj.gov